# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MELVIN BROWN

NO. 2025 KW 0648

**SEPTEMBER 8, 2025**

---

In Re: Melvin Brown, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 541579.

---

**BEFORE: LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT